IN THE COMMONWEALTH COURT OF PENNSYLVANIA

UnitedHealthcare of Pennsylvania, Inc., :
                                  :
               Petitioner      :
                                    :
             v.                : No. 178 C.D. 2025
                                    : Argued: October 9, 2025
Department of Human Services,     :
                                    :
             Respondent   :

BEFORE:   HONORABLE MICHAEL H. WOJCIK, Judge
               HONORABLE LORI A. DUMAS, Judge
               HONORABLE STACY WALLACE, Judge

<u>OPINION NOT REPORTED</u>

MEMORANDUM OPINION
BY JUDGE WOJCIK                           FILED: April 2, 2026

         UnitedHealthcare of Pennsylvania, Inc. (United) petitions for review of the final determination of the Designee (Designee) for the Secretary of the Pennsylvania Department of Human Services (DHS), dated January 27, 2025 (Determination), denying United's bid protest related to the Request for Application No. 31-22 (RFA) for the Community HealthChoices (CHC) managed care procurement and associated award. United challenges the integrity and legality of DHS's procurement process and claims that DHS failed to follow the law and solicitation requirements. Separate but similar petitions for review were filed and consolidated in *Gateway Health Plan, Inc. d/b/a/ Highmark Wholecare v. Department of Human Services* (Pa. Cmwlth., Nos. 147 & 526 C.D. 2025, filed April 2, 2026) (*Gateway Health Plan*). These matters were argued seriately and are being

decided contemporaneously and consistently with each other.[1]  For the reasons set forth in *Gateway Health Plan*, we reverse the Determination and cancel the award of the RFA.

 

 

_____

MICHAEL H. WOJCIK, Judge

President Judge Cohn Jubelirer did not participate in the decision of this case.
Judge Fizzano Cannon did not participate in the decision of this case.

_____

[1] We also note that United intervened in *Gateway Health Plan*.

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

UnitedHealthcare of Pennsylvania, Inc., :
                                          :
                    Petitioner     :
                                            :
          v.              : No. 178 C.D. 2025
                                            :
Department of Human Services,    :
                                            :
                    Respondent   :

**O R D E R**

AND NOW, this 2nd day of April, 2026, the final determination of the Designee for the Secretary of the Pennsylvania Department of Human Services, dated January 27, 2025, denying Petitioner's bid protest is REVERSED, and the award of the Request for Application No. 31-22 is CANCELLED.

_____
MICHAEL H. WOJCIK, Judge